137834

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-2303 DDA/FLN Case Title: Gregory Seehaver v Roofers Local No. 96 Health & Walfare Fund

Affidavit of Movant

I, Timothy T. Sempf, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jason W. Whitley an attorney admitted to practice in the Western District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ()defendant G. Seehaver in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature [signature] 217025 MN Attorney License # 6-8-01 Date

Affidavit of Proposed Admittee

I, Jason W. Whitley, am currently a member in good standing of the U.S. District Court for the Western District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Jason W. Whitley Type/Print Name [signature] Signature 6-8-01 Date

Attorney License Number: 1027052

Law Firm Name & Address: Novitzke, Gust & Sempf
314 Keller Ave No., Ste. 399
Amery, WI 54001

Telephone: (715 268-6130

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 11 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 11 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________