RECEIVED
JUN 29 2001
U.S. DISTRICT COURT
D.D.A.

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Gregory Seehaver,

Plaintiff,

vs.

Roofers Local 96 Health & Welfare Fund,

Defendant.

Civil File No. 00-2303 DDA/FLN

**STIPULATION TO MODIFY PRETRIAL SCHEDULE AND ORDER**

Pursuant to Fed. R. Civ. P. 16(b), the parties, through respective counsel stipulate as follows:

1. That the Court's November 28, 2000 Pretrial Schedule (paragraph 3.a.) states: "All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2001."

2. That the Court's November 28, 2000 Pretrial Schedule (paragraph 4.a.) states: "This case shall be ready for trial on and after August 1, 2001, at which time it will be placed on the court's jury trial calendar."

3. That on June 15, 2001, Plaintiff served on Defendant his motion for summary judgment and supporting documentation.

4. That Defendant intends to respond to Plaintiff's motion for summary judgment, and Defendant intends to serve and file its cross motions for summary judgment and for attorney fees and costs.

5. That the current Pretrial Schedule's dispositive motion deadline and the "ready for trial" date make it impossible for Plaintiff and Defendant to pursue their dispositive motions.

FILED 6-7-01
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

6. That both Plaintiff and Defendant believe that there is little factual dispute in this matter, and that the matter can be disposed with by virtue of summary judgment proceedings in lieu of a jury trial.

7. That "good cause" exists for the current Pretrial Schedule to be modified, pursuant to Rule 16 of the Federal Rules of Civil Procedure, to extend the dispositive motion deadline to October 1, 2001 and the "ready for trial" date to November 1, 2001.

Dated: June 27, 2001

Andrew E. Staab (#204705)
Attorney for Defendant
ROSENE, HAUGRUD & STAAB, CHARTERED
386 North Wabasha Street, Suite 1250
St. Paul, MN 55102-1300
(651) 227-6621

Dated: June 28, 2001

Timothy T. Sempf (#217025)
Jason W. Whitley (#1027052)
Attorneys for Plaintiff
NOVITZKE, GUST & SEMPF
314 Keller Avenue No. #399
Amery, WI 54001
(715) 268-6130

# ORDER

BASED UPON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:

1. That good cause exists under Rule 16 of the Federal Rules of Civil Procedure to modify the November 28, 2000 Pretrial Schedule.

2. That Paragraph 3.a. of the November 28, 2000 Pretrial Schedule is modified to read as follows:

"All dispositive motions shall be filed and scheduled for hearing prior to October 1, 2001."

3. That Paragraph 4.a. of the November 28, 2000 Pretrial Schedule is modified to read as follows:

"This case shall be ready for trial on and after November 1, 2001, at which time it will be placed on the court's jury trial calendar."

**SO ORDERED**

Dated: July 5, 2001

Franklin L. Noel
~~Donald D. Alsop~~ FRANKLIN L. NOEL
United States ~~District~~ MAGISTRATE Judge

H:\Labor\8000_8090 Roofers\8010.50 Seehaver\Docs\Stipulation to Amend Pretrial Schedule.doc